UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff § | | |
| § | | |
| VS. § | | 5:23-CV-00004 |
| § | | |
| FIFTY-FOUR THOUSAND DOLLARS § | | |
| AND NO/100THS ($54,000.00) § | | |
| UNITED STATES CURRENCY § | | |
| Defendant § | | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, by and through its Acting United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney files this action for forfeiture against FIFTY-FOUR THOUSAND AND NO/100 ($54,000.00) UNITED STATES CURRENCY. The United States alleges on information and belief:

### NATURE OF ACTION

This is an action to forfeit property to the United States pursuant to 21 U.S.C. 881(a)(6).

### DEFENDANT PROPERTY

1.  The Defendant is FIFTY-FOUR THOUSAND AND NO/100 ($54,000.00) UNITED STATES CURRENCY, hereinafter "Defendant Currency". On or about June 30, 2022, law enforcement officers seized the Defendant Currency from a tractor trailer driven by Rodulfo Aguirre-Salas in Laredo, Texas. On or about October 18, 2022, Daniella Guzman submitted a claim to the U.S. Drug Enforcement Administration (hereinafter

"DEA") contesting administrative forfeiture of Defendant Currency.

## JURISDICTION AND VENUE

2. Jurisdiction is conferred upon this Court by virtue of Title 28, United States Code §§ 1345 and 1355.

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b)(1), 1391(b), and 1395. The Defendant Currency is within the jurisdiction of the Court having been seized by the DEA on June 30, 2022 in Laredo, Texas.

## STATUTORY BASIS FOR FORFEITURE

4. Defendant Currency is subject to forfeiture under 21 U.S.C. § 881(a)(6), which provides for the forfeiture of all moneys furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act (21 U.S.C. § 801, et. seq.), all proceeds traceable to such an exchange, and all money used or intended to be used to facilitate any violation of the Controlled Substances Act.

## FACTUAL BASIS FOR FORFEITURE

5. On June 30, 2022, Rodulfo Aguirre-Salas, driver of a burgundy tractor trailer, bearing Mexico license plates 80-AU-2C was stopped by law enforcement officers at the intersection of Bob Bullock Loop 20 and Mines Road, Laredo, Texas. During the traffic stop, Aguirre-Salas consented to a search of the vehicle. During the search of the vehicle, law enforcement officers located a phone and three (3) clear vacuumed sealed bundles containing a total of FIFTY-FOUR THOUSAND and NO/100 ($54,000.00) DOLLARS

United States currency. On July 1, 2022, DEA agents took custody of the seized currency. DEA has identified telephone conversations between the phone being used by Rodulfo Aguirre-Salas and other conspirators involved in dealing illegal narcotics with Juan Pablo Pompa.

6. On November 16, 2022, Juan Pablo Pompa pled guilty to conspiring to distribute cocaine in Cause No. 5:22-CR-1051 (DE 44). On December 13, 2022, Juan Pompa was interviewed by DEA Agent Hector J. Fierova. Mr. Pompa confirmed that he earned Defendant Currency from selling narcotics illegally. He further confirmed that he delivered Defendant Currency to Rodulfo Aguirre-Salas on June 30, 2022, so that Mr. Aguirre-Salas could deliver Defendant Currency to other members of the drug conspiracy in Mexico in furtherance of the drug conspiracy.

## CONCLUSION

7. The Defendant Currency was furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act, 21 U.S.C. § 801, et. seq., is proceeds traceable to such an exchange, or was used or intended to be used to facilitate any violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq.

## NOTICE TO ANY POTENTIAL CLAIMANT

YOU ARE HEREBY NOTIFIED if you assert an interest in the property subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty

or Maritime Claims and Asset Forfeiture Actions. The verified claim must be filed no later than thirty-five (35) days from the date this complaint is sent, in accordance with Rule G(5).

An answer or motion under Fed.R.Civ.P. 12 must be filed no later than twenty-one (21) days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas, and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this complaint.

WHEREFORE, the United States of America requests that judgment of forfeiture be entered against the Defendant Currency, and for such costs and other relief to which the United States may be entitled.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    UNITED STATES ATTORNEY

By:   /s/ *Jon Muschenheim*
    Jon Muschenheim
    Texas Bar No. 14741650
    SDTX Bar No. 9246
    Assistant United States Attorney
    United States Attorney's Office
    800 Shoreline Blvd., Suite 500
    Corpus Christi, TX 78401
    Telephone: 361-903-7905

## VERIFICATION

I, Hector J. Fierova, a Special Agent with the Drug Enforcement Administration, hereby verify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the Factual Basis in the foregoing Complaint For Forfeiture In Rem are true and correct to the best of my knowledge and belief.

Executed on the __11th__ day of January, 2023.

*Hector J. Fierova*
Hector J. Fierova